360 A.2d 673
Commonwealth ex rel. Cioffi v. Cioffi, Appellant.

Argued June 16, 1976. Melvin Rubin, for appellant; Spencer A. Manthorpe, with him Hepburn, Ross, Willcox & Putnam, for appellee.

Order affirmed.

360 A.2d 667
Commonwealth ex rel. Grady, Appellant, v. Grady.

Argued June 22, 1976. Andrew Mutch Knowlton, with him Zink, Owens and Shinehouse, for appellant; John E. Lister, for appellee.

Case remanded for further hearing with wife-appellant present.